Opinion issued June 14, 2007














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00101-CR

____________


LANNY FUSELIER, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 185th District Court 

Harris County, Texas

Trial Court Cause No. 1063101






MEMORANDUM OPINION

 On May 30,2007, appellant Lanny Fuselier filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, the motion is granted and the
appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).